**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **DORIS V. WALKER,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:25-CV-19-ADA-DTG** |
| | § | |
| **ESS and BRYAN SCHOOL DISTRICT,** | § | |
| **Defendants.** | § | |

**ORDER ADOPTING MAGISTRATE**
**JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Derek T. Gilliland. ECF No. 8. The report recommends that this Court dismiss this case for failing to comply with a court order regarding filing an amended pleading. *Id.* The report and recommendation was filed on May 8, 2025.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). When no objections are timely filed, a district court reviews the magistrate judge's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 Advisory Committee's Note. The Court has reviewed the report and recommendation and finds no clear error.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Derek Gilliland (ECF No. 8) is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** this 20th day of January, 2026.

_____
**ALAN D ALBRIGHT**
**UNITED STATES DISTRICT JUDGE**